# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 MAY -8  P 12: 35

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Rajko Markovic

v.

(Full name of defendant(s))

Milwaukee Secure Detention Facility Security Director Miller, Captain Gegare, Captain morris, Doctor HOHFELER (Hoffman) Doctor Mcguire, Cpt. KARZMERIC

Case Number:

19-C-0675

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of Milwauee WI, and is located at
   (State)

   Milwaukee secure Detention Facility P.O Box 05911
   (Address of prison or jail)  Milw, WI 53205

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Captain Morris, Captain Gegare, Doctor Hoffman Doctor Mcguire, security Director Miller     (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for <u>Milwaukee Secure Detention Facility 1015 N 10th street Milw WI 53205-0740</u> (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

who - Captain Gegare, Security Director miller, Captain morris, Psychologist Doctor Hohfeler an Doctor Mcguire who are employ at Milwaukee Secure Detention Facility Milw, WI 53205

what - On 11/12/18 thru 11/13/18 security Director miller Captain Gegare, Captain morris, Psychologist Doctor Hohfeler, an Doctor mcguire failed to make sure i was given range of motion every two hours, They failed to give me water every 1 hour They fail to provide hourly bathroom They fail to provide a bath or shower once each 24 hours

Complaint - 2

or more often when ~~nessar~~ necessary.

when- On 11/12/18 thru 11/13/18 prison captain Gegare captain morris, security Director miller and both Psychologist Hoffman an Mcquire fail to abide by Department of mental Health rules and regulations

where Milwaukee secure Detention Facility 5th floor A pod observation and controlled seperation in segregation

why Neglect and failed to give proper attention too. Insufficient training, DELIBERATE INDEFFRENCE.

My 8th Amendment was violated of the constitution (S.I.D.C. REG 11863 517.10 → A-G. of Department of Mental Health Rules and regulation.
(Four Point restraints S.I.D.C. REG 1896 §519.2 (C))
I was place in 4 point restraints for 8 hours without no range of motion, no water, no hourly restroom, no shower or bath after soil myself for 3 days.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be compensated monetary damages of 15,000,000 ~~past~~ For pain and suffering and mental anguish, Punitive to deter future misconduct of other inmates compensate 15,000,000.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __6__ day of __5 MAY__ 20_19_.

Respectfully Submitted,

_[signature]_
Signature of Plaintiff

__00262012__
Plaintiff's Prisoner ID Number

__Milwaukee secure Detention Facility__

__P.O Box 05911 Milw WI 53205__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.